**FIREMAN'S FUND INSURANCE COMPANY, Plaintiff–Appellee,**

v.

**KOIN KLEEN LAUNDROMAT, INC., Ruth Fongemie, Nelson Fongemie, Defendants–Appellants,**

**Arthur Lefebvre, Defendant,**

**Joyce Hadley, as personal representative of the Estate of Willard Wendell Hill, III, Intervenor–Defendant–Appellant.**

No. 05–15076
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Feb. 14, 2006.

Shannon Mclin Carlyle, The Carlyle Appellate Law Firm, Lady Lake, FL, for Defendants–Appellants.

Edwin A. Green, III, Blanchard, Merriam, Adel & Kirkland, Ocala, FL, for Intervenor–Defendant–Appellant.

Rina Niyogi, Bonner Kiernan Trebach & Crociata, LLP, Stuart L. Peacock, William H. White, Jr., Gilberg & Kiernan, Washington, DC, for Plaintiff–Appellee.

Before MARCUS, WILSON and FAY, Circuit Judges.

PER CURIAM:

The summary judgment entered in favor of the appellee, Fireman's Fund Insurance Company, is affirmed for the reasons set forth in the ORDER of the district court dated August 10, 2005.

**AFFIRMED.**